In the United States District Court
For the District of Puerto Rico

Lauce Roberto López
Plaintiff

22-1650 (JAG)

v

Policia de P.R.
Defendant

## Complaint

I. Statement of Jurisdiction:
   Violation of Civil Rights

II. Statement of the Parties:
   Plaintiff: Lauce Roberto López
   Urb. Dos Pinos
   Calle Casiopea #802
   San Juan, P.R. 00923-2298

   Defendant: Policia de Puerto Rico
   Departamento de Policia
   San Juan, P.R.

RECEIVED CASHIER
CLERK'S OFFICE USDC PR

2022 DEC 29 PM 4:42

III. Statement of Claim:
The police agent Adan Agostini Gracia I.D. (Placa) 37299 violated my civil rights on January 2, 2022 arresting me without explaining the reason and didn't provide or let me call a lawyer when requested. Later, in court they decide to file the accusation.

IV. I want an indemnization of $50,000, because my physical integrity was affected.

PLAINTIFF: Lauce Roberto Lopez
Urb Dos Pinos
Calle Casiopea #802
San Juan P.R. 00923-2244

signed
*Lauce Roberto Lopez* (signature)